UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:    23-01086-MJ-CFB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            **NOTICE OF PERMANENT APPEARANCE AS COUNSEL**

CHERYL STANLEY,             **OF RECORD (TRIAL ONLY)**

    Defendant.
_____/

COMES NOW, HOWARD J. SCHUMACHER, and files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged for trial-court purposes only in the United States District Court in and for the Middle District of Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 26th day of January, 2023 by CM/ECF to all parties of record.

                                              HOWARD J. SCHUMACHER, P.A.
                                              Counsel for Defendant
                                              West Marine Tower, Suite 700
                                              One East Broward Boulevard
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 356-0477

                                        By:<u>/S/ Howard J. Schumacher, Esq.</u>
                                              HOWARD J. SCHUMACHER, ESQ
                                              FLORIDA BAR NO.: 776335